IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROCKPORT COMPANY, LLC,<br>Plaintiff,<br><br>v.<br><br>E.S. ORIGINALS, INC.<br>Defendant. | No.<br><br>04 - 12714 WGY |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Defendant states that it is a New York corporation with its principal office at 450 West 33rd Street, New York, NY 10001 and it has no parent corporations or any publicly held company owning 10 percent or more of its stock.

Date: December 28, 2004

E.S. ORIGINALS, INC.
by its attorneys,

_____
James J. Foster, Esq. BBO #553285
jfoster@wolfgreenfield.com
Laura Topper, Esq. BBO #652364
ltopper@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel: (617) 646-8000

854493.1

## CERTIFICATE OF SERVICE

I certify that on December 28, 2004, I served the Defendant's Notice of Removal and Corporate Disclosure Statement, by first-class mail, upon:

> Shepard Davidson, Esq.
> Victoria L. Walton, Esq.
> Burns & Levinson LLP
> 125 Summer Street
> Boston, MA 02110

_____

854398.1