IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE ROCKPORT COMPANY, LLC,

                      Plaintiff,

      v.

E.S. ORIGINALS, INC.

                    Defendant.

CIVIL ACTION NO. 04-12714-WGY

## DEFENDANT'S CERTIFICATE OF COMPLIANCE

The attorney of record for E.S. Originals, Inc. certifies that, in compliance with 28 U.S.C. § 1446 (d), a copy of the Notice of Removal was filed with the clerk of the Massachusetts state court on December 28, 2004.  In addition, the undersigned  certifies that Notice of the Removal and a copy of the Notice of Removal was provided to the attorney for the Rockport Company, LLC.  Written notice was given by mail on December 29, 2004, while the Notice of Removal was served on December 28, 2004.

Pursuant to Local Rule 81.1, the undersigned also certifies that certified copies of the state court record were filed with this court by hand on December 30, 2004.


Date:  December 30, 2004

Respectfully submitted,
E.S. ORIGINALS, INC.
by its attorneys,


/s/ Laura Topper
James J. Foster, Esq. BBO #553285
jfoster@wolfgreenfield.com
Laura Topper, Esq.  BBO #652364
ltopper@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel: (617) 646-8000   Fax: (617) 720-2441

854886.1