IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE ROCKPORT COMPANY, LLC,<br>　　　　　Plaintiff,<br><br>v.<br><br>E. S. ORIGINALS, INC.,<br>　　　　　Defendant. | )<br>)<br>)<br>)   C.A. No. 04-12714 WGY<br>)<br>)<br>)<br>)<br>) |

**THE ROCKPORT COMPANY, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3(A), the Plaintiff, The Rockport Company, LLC, states that Reebok International Ltd., a publicly held corporation, owns 100% of The Rockport Company, LLC.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　THE ROCKPORT COMPANY, LLC

　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　/s/ Victoria L. Walton
　　　　　　　　　　　　　　　　Shepard Davidson, Esq. (BBO#557082)
　　　　　　　　　　　　　　　　Victoria L. Walton, Esq. (BBO#650999)
　　　　　　　　　　　　　　　　BURNS & LEVINSON LLP
　　　　　　　　　　　　　　　　125 Summer Street
　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　(617) 345-3000

Dated:  January 3, 2005