BURNS & LEVINSON

125 Summer Street Boston, MA 02110
T 617.345.3000  F 617.345.3299
www.burnslev.com

Victoria L. Walton
617-345-3615
vwalton@burnslev.com

*FILED — U.S. DISTRICT COURT DISTRICT OF MASS — 2005 JAN 25 PM 3:24*

January 21, 2005

Ms. Bonnie Smith
Courtroom Clerk
United States District Court
 For the District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

RE: *The Rockport Company, LLC vs. E.S. Originals, Inc.*
 *Civil Action No. 04-12714 WGY*

Dear Ms. Smith:

Per our conversation, this letter confirms that the initial scheduling conference in the above-referenced action has been rescheduled to Monday, March 7, 2005 at 2:00 p.m. Thank you for your assistance.

Very truly yours,

*Victoria L. Walton*

Victoria L. Walton

cc: James J. Foster, Esq.
 Laura Topper, Esq.
 Shepard Davidson, Esq.

00900693