IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE ROCKPORT COMPANY, LLC,<br>        Plaintiff,<br><br>v.<br><br>E. S. ORIGINALS, INC.,<br>        Defendant. | )<br>)<br>)<br>)   C.A. No. 04-12714 WGY<br>)<br>)<br>)<br>)<br>) |

## **JOINT PROPOSED PRE-TRIAL SCHEDULE**

Pursuant to Local Rule 16.1, the parties in the above entitled action hereby submit this proposed Pre-Trial Schedule.

| | |
|---|---|
| 3/31/05 | Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) completed. |
| 8/18/05 | Identification of trial experts as to which party has burden of proof. |
| 10/3/05 | All discovery completed. |
| 11/18/05 | All Motions, other than in limine motions, filed. |

The parties do not consent to trial by magistrate judge.

The parties individually will provide the certifications under Local Rule 16.1(D)(3) by separate document.

869128.1

- 2 -

Respectfully submitted,

| | |
|---|---|
| THE ROCKPORT COMPANY, LLC<br>By its attorneys, | E.S. ORIGINALS, INC.<br>By its attorneys, |
| s/Victoria L. Walton<br>Shepard Davidson, BBO #557082<br>Victoria L. Walton, BBO #650999<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA  02110<br>(617) 345-3000 | s/Laura Topper<br>James J. Foster, BBO #553285<br>Laura Topper, BBO #652364<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA  02210<br>(617) 646-8000 |

Dated:  February 28, 2005