IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROCKPORT COMPANY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>E.S. ORIGINALS, INC,<br><br>    Defendant. | Civil Action No. 04-12714-WGY |

### DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendant's counsel and Defendant's authorized representative affirm, pursuant to Local Rule 16.1(D)(3), that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation. They further affirm they have conferred and considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


/s/ James J. Foster_____
James J. Foster, BBO ##553285
Laura E. Topper, BBO #652364
WOLF, GREENFIELD & SACKS, P.C
600 Atlantic Ave.
Boston, MA 02210
Tel: (617) 646-8000
Fax: (617) 646-8646

Counsel for
E.S. ORIGINALS, INC.

/s/ Morris Shalom_____
Morris Shalom, COO
E.S. ORIGINALS, INC.
450 West 33rd Street
New York, NY  10001

872471.1