IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE ROCKPORT COMPANY, LLC, <br> Plaintiff, <br><br> v. <br><br> E. S. ORIGINALS, INC., <br> Defendant. | C.A. No. 04-12714 WGY |

## PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, the Plaintiff, The Rockport Company, LLC, and its counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
The Rockport Company, LLC
By: Keith Wexelblatt
Title: Senior Counsel

_____
Shepard Davidson, Esquire

Respectfully submitted,

THE ROCKPORT COMPANY, LLC
By its attorneys,

_____
Shepard Davidson, BBO #557082
Victoria L. Walton, BBO #650999
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000


Dated: February __, 2005