IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROCKPORT COMPANY, LLC,<br><br>    Plaintiff,<br> v.<br><br>E.S. ORIGINALS, INC.<br><br>    Defendant. | CIVIL ACTION NO. 04-12714-WGY |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

  Pursuant to Fed. R. Civ. P. 56, Defendant, E.S. Originals, Inc. ("ESO"), hereby moves for summary judgment due to the fact that all remedies available under the contract have been paid. The grounds and support for this Motion are set for the in the accompanying Memorandum In Support of Defendant's Motion for Summary Judgment and the Declaration of Morris Shalom.

### Request For Oral Argument

  ESO requests oral argument on this motion.

**Certification Under Local Rule 7.1**

Pursuant to Local Rule 7.1 the undersigned hereby certifies that she has conferred with opposing counsel in a good faith effort to resolve or narrow the issues presented by this motion.

| | |
|---|---|
| Date:  March 16, 2005 | Respectfully submitted,<br>E.S. ORIGINALS, INC.<br>by its attorneys, |
| | /s/ Laura Topper<br>James J. Foster, Esq. BBO #553285<br>jfoster@wolfgreenfield.com<br>Laura Topper, Esq.  BBO #652364<br>ltopper@wolfgreenfield.com<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel: (617) 646-8000<br>Fax: (617) 720-2441 |