IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE ROCKPORT COMPANY, LLC,                )
        Plaintiff,                         )
                                           )    C.A. No. 04-12714 WGY
v.                                         )
                                           )
E. S. ORIGINALS, INC.,                     )
        Defendant.                         )
_____)

## THE ROCKPORT COMPANY, LLC'S SUPPPLEMENTAL
## AUTOMATIC DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 26(a)(1), The Rockport Company, LLC ("Rockport"), hereby

submits this Supplemental Automatic Disclosure Statement.

### A.    Individuals likely to have discoverable information that Rockport may use to support its claims or defenses

Martha Blue
The Rockport Company, LLC
1895 J.W. Foster Boulevard
Canton, MA
781-401-4000

Rockport no longer believes that Ms. Blue likely has discoverable information related to the License Agreement between Rockport and E.S. Originals, Inc. and Rockport's dealings and relationship with E.S. Originals, Inc. that Rockport may use to support its claims or defenses.

John Frascotti
The Rockport Company, LLC
1895 J.W. Foster Boulevard
Canton, MA
781-401-4000

Rockport no longer believes that Mr. Frascotti likely has discoverable information related to the License Agreement between Rockport and E.S. Originals, Inc. and Rockport's dealings and relationship with E.S. Originals, Inc. that Rockport may use to support its claims or defenses.

00952863

**B.    Documents in Rockport's possession, custody or control that it may use to support its claims or defenses**

    4.    The redacted page of the October 2003 calendar of Richard Paterno.

Rockport reserves the right to supplement the list of documents relevant to this litigation, whenever and if any such documents become known to Rockport.

Respectfully submitted,

THE ROCKPORT COMPANY, LLC
By its attorneys,

Shepard Davidson, Esq. (BBO #557082)
Victoria L. Walton, Esq. (BBO #650999)
BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts 02110
(617) 345-3000

Dated: August 31, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 8/31/05

00952863