UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-12714-WGY</u>

THE ROCKPORT COMPANY
Plaintiff

v.

E.S.ORIGINALS
Defendant

### SETTLEMENT ORDER OF DISMISSAL

YOUNG,C.J.

    The Court having been advised on 11/14/05 that the above-entitled action has been settled: IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

November 15, 2005

To: All Counsel